# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 20, 2019

## NO. 03-19-00706-CV

**Frederick O. Silver, Appellant**

**v.**

**Greg Abbott, in his official capacity as Governor of Texas, and the State of Texas, Appellees**

### APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE GOODWIN, BAKER, AND KELLY
### DISMISSED -- OPINION BY GOODWIN

This is an appeal from the judgment signed by the trial court on October 1, 2019. Having reviewed the record, the Court finds that the appeal should be dismissed. Therefore, the Court dismisses the appeal. No costs of appeal shall be assessed in this Court or in the court below.